United States District Court
Southern District of Texas
**ENTERED**
January 20, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| PAUL W LYNCH, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:16-CV-124 |
| | § | |
| LETCO GROUP, LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Pending before the Court is Plaintiff's Agreed Motion to Dismiss the Proceedings with Prejudice. Dkt. 12. The motion was filed pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. The Court finds the terms of the dismissal proper and therefore **GRANTS** the Motion.

It is hereby **ORDERED** that this action is **Dismissed with prejudice**. Parties shall bear their own costs and attorneys' fees. Any pending motions are hereby **DENIED, as moot**.

This is a **Final Judgment**.

SIGNED at Galveston, Texas, this 20th day of January, 2017.

_____
George C. Hanks Jr.
United States District Judge